# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                    CASE NO.  3:03cr4-01/LAC

MILTON LEWIS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___February 12, 2009_____

Motion/Pleadings:__REQUEST FOR NUNC PRO TUNC AMENDED JUDGMENT_____

Filed by_DEFENDANT_____ on___1/14/2009_____ Doc.#___25_____

RESPONSES:

_UNITED STATES_____ on_2/12/2009_____ Doc.#___26_____

_____ on_____ Doc.#_____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed    _____ Consented

                               WILLIAM M. McCOOL, CLERK OF COURT

                               *s/Jerry Marbut*

_____

LC (1 OR 2)                     Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of February, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

_____

_____

                          *s/L.A. Collier*

                            *LACEY A. COLLIER*

                  *Senior United States District Judge*