**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:03cr4-01/LAC

MILTON LEWIS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   March 4, 2009
Motion/Pleadings:  MOTION FOR RECONSIDERATION ON ORDER (DOC. 27) DENYING REQUEST FOR NUNC PRO TUNC AMENDED JUDGMENT
Filed by  DEFENDANT   on  3/03/2009   Doc.#  28

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)      Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of March, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) Defendant ignores the fact that he was given credit for the time served on his state sentence, therefore it is not to be credited on his federal sentence.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*